**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY**

1000796821

**PROMISSORY NOTE WITH DISCLOSURE**      074004

LENDER LOAN NUMBER  516981

August 10, 19 76

For value received I/We, jointly and severally promise to pay to the order of
EQUIBANK N.A.                B28803
2761 SOUTH PARK RD
BETHEL PARK, PA.  15102

| STUDENT |
|---|
| C R LINDAHL |
| FILE NO. 762229    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 |

the principal sum of TWO THOUSAND -------- dollars ($2000.00)
in United States currency and simple interest thereon at the rate of 7 % per annum. 'I/WE HEREBY AUTHORIZE THE SCHOOL TO INFORM THE LENDER OF MY ENROLLMENT AND ADDRESS INFORMATION.
The Lending Institution will not collect or attempt to collect from the student borrower any interest which is payable by the United States Government.

I/We agree to repay the principal and interest of this loan over a period commencing nine months from the date on which the student borrower ceases to be enrolled on at least a half-time basis (as determined by the educational institution) at an institution of higher education approved by the United States Commissioner of Education, and extending over a period of not less than five (5) or more than ten (10) years after such date but in no event over a period in excess of fifteen (15) years from the execution of this note, and the total of the payments during any year of the repayment period with respect to the aggregate amount of all loans of the student borrower insured or guaranteed under the provisions of the Higher Education Act of 1965, as amended, shall not be less than $360 or the balance of all loans insured or guaranteed under the provisions of the Higher Education Act of 1965, as amended, (together with interest thereon), whichever amount is less. I/We further agree to execute a new promissory installment note on PHEAA Form 600R covering all unpaid principal and interest prior to the commencement of the repayment period.

I/We further agree to pay in addition to the principal and interest due any insurance premiums that the Lending Institution is required to pay PHEAA in order to obtain insurance coverage on the principal amount and interest due on this note.

The due date of this note shall be extended for a period not in excess of three years during which the student borrower is a member of the Armed Forces of the United States, serves as a volunteer under the Peace Corps Act, or serves as a full-time volunteer in service to America under Title VIII of the Economic Opportunity Act of 1964, and extensions of this note during such periods shall not be included in determining the period during which repayment must be completed. This note may also be extended by mutual agreement of the Lending Institution and PHEAA if the student borrower becomes sick or is temporarily disabled. It is further agreed that during all periods that principal payments are not required to be paid, interest shall accrue and be paid.

In the event of the death or permanent and total disability of the student borrower, PHEAA shall discharge the student borrower's liability by paying to the holder the amount of principal and interest due on this note.

No extensions of time for the payment of all or any part of the amount owing hereunder at any time shall affect my/our liability with respect hereto. Demand and presentment for payment and notice of dishonor of this note are hereby expressly waived.

I/We reserve the right at any time to prepay all or any part of the amount owing hereunder, without penalty and without liability for interest not then accrued.

By reason of the provisions of the act of August 7, 1963, P.L. 549, I/We understand that I/We am/are legally obligated to pay this note even though I/We may be under twenty-one (21) years of age.

I/We further agree to observe and comply with all rules and regulations of PHEAA relating to this guaranty loan and to inform the Lending Institution and PHEAA promptly of any changes from time to time occurring in the school enrollment status and home address of the student borrower.

Proceeds of this loan will be used for educational expenses only.

I/We intend to be legally bound hereby.

**LOAN GUARANTY**
The Pennsylvania Higher Education Assistance Agency has reviewed the loan application submitted by the above referenced student.

YOUR LENDING INSTITUTION IS ADVISED THAT THIS AGENCY HEREBY APPROVES THE GUARANTY IN THE AMOUNT OF $2,000.00. THE FUNDS TO BE USED FOR EDUCATIONAL EXPENSES AT MARSHALL UNIV (561022), FOR THE PERIOD BEGINNING 08/01/76 AND ENDING 05/30/77. THIS GUARANTY IS APPROVED FOR YOUR 1ST GRADUATE YEAR.

| | |
|---|---|
| 1. Amount of Loan | $2,000.00 |
| 2. Prepaid finance charge (insurance premium) | 12.49 |
| 3. Amount Financed | 1,987.51 |
| 4. FINANCE CHARGES | 12.49 CRL |
| 5. ANNUAL PERCENTAGE RATE | |
| a. Prior to beginning of repayment period | 0.5 |
| b. During the repayment period | 7 |

Any unpaid balance of this loan may be paid at any time without penalty and the student borrower shall be entitled to a rebate of unearned interest attributable to him computed by:
(Check one)
☒ The Sum of the Digits formula (Rule of 78ths)
☐ Other (Identify)_____

Poor Source Original
Documents will be retained in portfolio

The undersigned acknowledges receipt of an exact copy of this Note prior to the consummation of this transaction.

_Charles R. Lindahl_ (Seal)
Full Signature of Student

_____ (Seal)

EXPECTED GRADUATE DATE 12/30/77.
DATE OF APPROVAL 08/02/76 *NEW APP*
With the Agency's approval herein contained and upon your making such loan, the repayment thereof will be guaranteed by this Agency in accordance with the terms of the Loan Guaranty Agreement between this agency and your lending institution.

_Kenneth R. Reeher_
Kenneth R. Reeher
Executive Director

_____
Permanent Street Address
City          State

**RECEIVED**
By SROSENTHAL at 3:31 pm, 3/3/15
LENDER COPY

BEST COPY AVAILABLE AT TIME OF IMAGING

EXHIBIT A

1185

1000796821

"For value received, we hereby assign all our right, title, and interest in the within note to the Pennsylvania Higher Education Assistance Agency without warranty and without recourse." 3-26-81

**Equibank**

_____
Signature

BEST COPY AVAILABLE
AT TIME OF IMAGING

RECEIVED
By SROSENTHAL at 1:52 pm, 3/3/15

1000796821  
FORM 550 7/77

74004

# PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY

## PROMISSORY NOTE WITH DISCLOSURE

LENDER LOAN NO. 5169582

Sept. 2, 19 77

For value received, I/we jointly and severally promise to pay to the order of:

EQUIBANK N.A.  B28803
2761 SOUTH PARK RD
BETHEL PARK, PA. 15102

| STUDENT BORROWER |
|---|
| C R LINDAHL |
| |
| FILE NO. 870196    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 |

the principal sum of THREE THOUSAND EIGHT HUNDRED ———————— dollars ($ 3800.00)
in United States currency and simple interest thereon at the rate of 7 % per annum.
The Lending Institution will not collect or attempt to collect from the student borrower any interest which is payable by the United States Government or by escrow agent.

[Body of promissory note terms — small print in multiple columns]

### LOAN GUARANTY
The Pennsylvania Higher Education Assistance Agency has reviewed the loan application submitted by the above referenced student.

**YOUR LENDING INSTITUTION IS ADVISED THAT THIS AGENCY HEREBY:**
APPROVES THE GUARANTY IN THE AMOUNT OF $3,800.00.
THE FUNDS TO BE USED FOR EDUCATIONAL EXPENSES
AT MARSHALL UNIV (561022), FOR THE
PERIOD BEGINNING 08/01/77 AND ENDING 05/30/78.
THIS GUARANTY IS APPROVED FOR YOUR 2ND
GRADUATE YEAR.

THIS LOAN GUARANTY IS NOT ELIGIBLE FOR FEDERAL
INTEREST SUBSIDY BENEFITS.

BEST COPY AVAILABLE
AT TIME OF IMAGING

EXPECTED GRADUATION DATE 08/30/78.
DATE OF APPROVAL 08/24/77 *RENEWAL*
With the Agency's approval herein contained and upon your making such loan, the repayment thereof will be guaranteed by this Agency in accordance with the terms of the Loan Guaranty Agreement between this agency and your lending institution.

1. Amount of Loan  $ 3,800.00
2. Prepaid finance charge (insurance premium/guaranty fee)  $ 31.67
3. Amount Financed (#1 less #2) (Proceeds) $ 3,768.33
4. FINANCE CHARGES  $ 31.67
5. Principal Amount of Repayment Obligation  $ 3,800.00
6. Date Finance Charge Begins to Accrue (Date need not be indicated if same as this transaction)

ANNUAL PERCENTAGE RATE
a. Prior to beginning of repayment period  7.5 %
b. During the repayment period  7.0 %

Any unpaid balance of this loan may be paid at any time without penalty and the student borrower shall be entitled to a rebate of unearned finance charges attributable to him computed by:
(CHECK ONE)
☒ The Sum of the Digits Formula (Rule of 78th's)
☐ Other (Identify) _____

The undersigned acknowledge(s) receipt of an exact copy of this Note prior to the consummation of this transaction.

*Charles R. Lindahl* (SEAL)
FULL SIGNATURE OF STUDENT BORROWER

_____ (SEAL)

PERMANENT STREET ADDRESS
CITY _____ STATE _____ ZIP _____

CAVEAT — THE LENDER SHALL SUPPLY A COPY OF THIS NOTE TO THE STUDENT BORROWER. THE MAKER OF THIS NOTE IS TO READ THE STATEMENT OF RESPONSIBILITIES LOCATED ON THE REVERSE SIDE OF THIS PROMISSORY NOTE AND TO RAISE ANY QUESTIONS IF NOT UNDERSTOOD.

1891  *Kenneth R. Reeher*
Kenneth R. Reeher
Executive Director

RECEIVED By SROSENTHAL at 1:52 pm, 3/3/15
LENDER COPY

B

1000796821

"For value received, we hereby assign all our right, title, and interest in the within note to the Pennsylvania Higher Education Assistance Agency without warranty and without recourse."

3-26-81

Statement ▇▇ Equibank

*R. Bebb*

Signature

A guaranteed student loan is a serious legal obligation; therefore, it is extremely important that the borrower understand his/her responsibilities. When you, the student borrower, sign the note, it means that you have read and understand your responsibilities and you agree to honor them.

1. I understand, without exception, that I agree to promptly report any of the following changes to my lender and PHEAA.
   (a) If I withdraw from school.
   (b) If I transfer to another school.
   (c) If I change to less than half-time student status.
   (d) If my address or my parents' address changes.
   (e) If my name should change (for example, because of marriage).

2. I understand that I **must** establish my note(s) on repayment by signing a Promissory Installment Note (PHEAA Form 600R). A copy of which was available for my inspection at the time I executed the Promissory Note.

3. I UNDERSTAND THAT MY FIRST PAYMENT WILL BE DUE NINE (9) MONTHS AFTER THE DATE I CEASE BEING ENROLLED AS AT LEAST A HALF-TIME STUDENT AT AN APPROVED EDUCATIONAL INSTITUTION, UNLESS I REQUEST THE LENDER TO SCHEDULE THE FIRST PAYMENT EARLIER THAN THE NINE (9) MONTH DATE.

4. I understand that my final payment will be due not later than ten (10) years after the date I cease being a student enrolled on at least a half-time basis at an approved educational institution (grace period and periods of authorized deferments excluded) or no later than fifteen (15) years from the date of this Promissory Note, whichever is earlier.

5. I understand that my monthly payment is no less than $30.00 unless the lender is willing to schedule a lesser amount; however, my payments may be higher depending on the total amount borrowed in relation to the time available for repayment.

6. I understand that there is no forgiveness of any part of this loan because of teaching or military service.

7. I understand that I may request that the principal payments on my guaranteed loan be deferred up to three (3) years if I enter active duty in the U.S. Armed Forces, up to three (3) years for Peace Corps service, or up to three (3) years for full-time service in ACTION-type programs under Title I of the Domestic Volunteer Service Act of 1973. I also understand that I may request deferment of principal payments if I return to full-time study at an approved school or enroll in certain graduate fellowship programs approved by the U.S. Commissioner of Education. I also understand I may obtain a one-time deferment of up to twelve (12) months (one year) during such time that I am seeking but unable to find full-time employment.

8. I understand that I am responsible for making interest payments on at least a quarterly basis during the period I am in school and the grace and deferment periods if it is determined that I do not qualify for federal interest subsidy benefits.

9. I understand that my guaranteed loan funds may be used only for the expenses listed on my application which have been approved by the appropriate official of my school as shown on the application, and that I may be prosecuted if I use these funds for any other purpose.

10. I understand that if I fail to repay my loan as agreed under PHEAA Loan Guaranty Program regulations, I face possible legal action by the Higher Education Assistance Agency or the Commonwealth of Pennsylvania.

11. I authorize my lender or the Pennsylvania Higher Education Assistance Agency to contact my school at any time and obtain information concerning my use of the loan funds, enrollment status, my year of study, my dates of attendance, graduation, or withdrawal, my transfer to another school, or my current address or other data necessary for the Agency to contact me concerning repayment of the loan.

12. I understand that the penalty for submitting fraudulent information for obtaining this loan under the laws of the Commonwealth of Pennsylvania is a fine of up to $5000 and/or up to five (5) years imprisonment. Federal laws also provide fines of up to $10,000 or imprisonment for up to (5) years, or both, for persons found guilty of fraud or various other felonies or misdemeanors in connection with obtaining benefits under the Guaranteed Student Loan Program.

BEST COPY AVAILABLE
AT TIME OF IMAGING

RECEIVED
By SROSENTHAL at 1:52 pm, 3/3/15