UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         Case No: 8:16-cv-1614-T-27JSS

CHARLES R. LINDAHL,

    Defendant.
_____/

**<u>ORDER ON DEFENDANT'S MOTION TO COMPEL</u>**

THIS MATTER is before the Court on Defendant's Motion to Compel ("Motion") (Dkt. 31), Plaintiff's response in opposition (Dkt. 33), Defendant's reply (Dkt. 35), and Plaintiff's notice of compliance with Defendant's First Request for Production (Dkt. 36). For the reasons that follow, the Motion is denied.

In the Motion, Defendant seeks to compel responses and documents responsive to his request for production. (Dkt. 31.) Defendant contends that the Motion should be granted because Plaintiff's time for responding to his request for production has elapsed with no response. Defendant served Plaintiff with his First Request for Production (Dkt. 33-1) by mail on April 11, 2017 (Dkt. 33-2). *See* Fed. R. Civ. P. 5(b)(2)(C). Plaintiff's time for responding to Defendant's First Request for Production of thirty days, Fed. R. Civ. P. 34(b)(2)(A), was extended by three days because Defendant served Plaintiff by mail. Fed. R. Civ. P. 6(d). Accordingly, Plaintiff's deadline to respond to Defendant's First Request for Production was May 15, 2017.

Plaintiff filed a notice attaching its response to Defendant's First Request for Production (Dkt. 36-1), which was timely served on May 15, 2017. Because Plaintiff timely responded to

Defendant's First Request for Production, the Motion is denied. Accordingly, it is

      **ORDERED** that the Motion (Dkt. 31) is **DENIED**.

      **DONE** and **ORDERED** in Tampa, Florida, on May 22, 2017.

                                      JULIE S. SNEED
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party
      Charles R. Lindahl
      1103 Sedeeva Street
      Clearwater, FL 33755